November 3, 1972.

M. P. No. 1901. HOSPITAL SERVICE CORPORATION OF RHODE ISLAND *et al. v.* ALBERT B. WEST, *Director of Department of Business Regulation.* Petition for writ of certiorari granted. *Tillinghast, Collins & Graham, Edwin H. Hastings, Peter J. McGinn,* for petitioners. *John H. Hines, Jr.,* for Director of Business Regulation. *S. Everett Wilkins,* for intervenor-Margaret Maguire.

November 15, 1972.

M. P. No. 184. WILLIAM HOOPER *v.* HARRY GOLDSTEIN *et al.* Matter came on to be heard upon a show cause order issued on October 19, 1972 wherein petitioner was to appear on November 6, 1972 to show cause why the petition for a writ of certiorari should not be dismissed for lack of prosecution. Petitioner not having appeared on said November 6, 1972 petition for writ of certiorari dismissed for lack of prosecution. *William Hooper,* petitioner, pro se. *Robert J. McOsker,* City Solicitor, for respondents.

M. P. No. 1861. *In re* PETITION OF BLACKSTONE VALLEY ELECTRIC COMPANY. Matter having become moot motion of appellee to dismiss the appeal and motion for a special assignment are denied pro forma. *William F. Hague, Jr.,* for appellants. *Edwards & Angell, Russell C. King, Deming E. Sherman,* for appellee.

M. P. No. 1900. GERRIT J. BUYTENDYK *v.* FRANCIS A. HOWARD, *Warden.* Respondent directed to file answer to petition for habeas corpus for purpose of admitting petitioner to bail, and therein to *show cause,* if any, why the writ should not issue as prayed, said answer to comply with provisions of Rule 14. *William F. Reilly,* Public Defender, *Joseph M. Hall,* Asst. Public Defender, for petitioner.